1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANGEL PEREZ, | Case No. 1:18-cv-01734-DAD-JLT |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR VOCATIONAL EVALUATION** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Nicholas Angel Perez will undergo a vocational evaluation conducted by Roger Thrush, Ph.D., at 4550 California Avenue, Suite 640, Bakersfield, California, Zip Code 93309, on January 7, 2020, at 10 a.m.

1. The evaluation will take approximately four hours to complete. Breaks will be taken at Plaintiff's convenience.

2. The evaluation will consist of a structured clinical interview and the administration of paper-pencil vocational inventories.

3. The interview will last one to two hours and will include the following topics, as applicable: educational background; work history, including positions held, wages, duties, skills, and responsibilities; job-seeking methods used; self-described functional capacity; work-related military history; and work-related driving history. There will be no inquiry into (1) driving violations unrelated to any work-related driving history and (2) any liability-related issues.

4. The vocational testing will be a standardized battery of vocational paper-pencil inventories. Administration of the test battery is two to two and one-half hours with normal breaks and instruction time. The inventories include: Interest Profiler Survey (vocational interests, approximately 30 minutes); Ability Profiler Survey (vocational aptitudes, approximately 60 minutes); Wonderlic Personnel Test (problem solving, approximately 20 minutes); Wide Range Achievement Test-4 (academic achievement, approximately 35 minutes).

5. Dr. Thrush and Plaintiff will be the sole persons participating in the evaluation. No observers shall attend the evaluation. Plaintiff shall not record any portion of the evaluation.

6. Dr. Thrush shall receive a copy of this executed Stipulation.

7. Within 30 days of the evaluation, Defendant shall provide Plaintiff's counsel with a report of the evaluation, as well as a copy of materials Dr. Thrush considered in administering the evaluation and preparing his report, including but not limited to, all written materials, such as notes in preparation for the vocational evaluation, raw scores of any testing, written materials provided to Dr. Thrush by Defense Counsel, and any invoice for the work performed by Dr. Thrush in this case.

8. The cost of the evaluation shall be borne by Defendant.

Dated: November 21, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

Dated: November 21, 2019

LAW OFFICE OF SYLVIA LOPEZ, APC

By: /s/ *Marcos Rodriguez* (authorized 11/21/2019)
MARCOS RODRIGUEZ
SYLVIA LOPEZ

Attorneys for Plaintiff
NICHOLAS ANGEL PEREZ

IT IS SO ORDERED.

Dated: **November 22, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE