1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANGEL PEREZ, | Case No. 1:18-cv-01734-DAD-JLT |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR MEDICAL EVALUATION** |
| v. | (Doc. 17) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Nicholas Angel Perez will undergo a medical evaluation conducted by Thomas Hedge, Jr., M.D., and Sandiford Helm II, M.D., at 4550 California Avenue, Suite 640, Bakersfield, California, Zip Code 93309, on February 7, 2020, at 1 p.m.

2. The medical evaluation will begin within fifteen minutes of the scheduled time. The duration of the medical evaluation will not exceed three hours.

3. Defendant's retained life-care planner may be present during the evaluation but will act strictly as an observer. Specifically, Defendant's life-care planner will not perform an evaluation of Plaintiff, nor will he/she ask questions of Plaintiff, nor will he/she have any discussions with Dr. Hedge or Dr. Helm until the medical evaluation is completed and outside the presence of Plaintiff.

4. Plaintiff will be accompanied by a representative from Plaintiff's counsel's office, who is to act strictly as an observer during the medical evaluation. The representative will audio-record the entire evaluation. The audio-recording device will be conspicuous to all present during the medical evaluation. Plaintiff's counsel will provide a copy of the audio recording to Defendant's counsel.

5. Defendant's counsel will provide Dr. Hedge's and Dr. Helm's reports to Plaintiff's counsel pursuant to Federal Rule of Civil Procedure 35(b)(1)–(6).

6. Only Dr. Hedge, Dr. Helm, and Plaintiff shall participate in the medical evaluation. Other than Defendant's retained life-care planner and Plaintiff's representative recording the evaluation, no other observers shall attend the evaluation. Neither Defendant's counsel nor Plaintiff's counsel shall attend the evaluation.

7. Dr. Hedge, Dr. Helm, and Defendant's retained life-care planner shall receive a copy of this executed Stipulation.

///
///
///
///
///

8. The cost of the medical evaluation shall be borne by Defendant.

Dated: December 16, 2019                MCGREGOR W. SCOTT
                                        United States Attorney

                                   By:  /s/ *Joseph B. Frueh*
                                        JOSEPH B. FRUEH
                                        Assistant United States Attorney

                                        Attorneys for Defendant
                                        UNITED STATES OF AMERICA

Dated: December 16, 2019                LAW OFFICE OF SYLVIA LOPEZ, APC

                                   By:  /s/ *Marcos Rodriguez* (authorized 12/16/2019)
                                        MARCOS RODRIGUEZ
                                        SYLVIA LOPEZ

                                        Attorneys for Plaintiff
                                        NICHOLAS ANGEL PEREZ

IT IS SO ORDERED.

   Dated:  **December 16, 2019**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE