SYLVIA LOPEZ, ESQ. SBN. 95234
MARCOS RODRIGUEZ, ESQ. SBN. 285222
LAW OFFICE OF SYLVIA LOPEZ, APC
315 TRUXTUN AVENUE
BAKERSFIELD, CA 93301
PH (661) 324-5911 FX (661) 324-0194

Attorneys for Plaintiff, NICHOLAS ANGEL PEREZ

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NICHOLAS ANGEL PEREZ, </br></br> Plaintiff, </br></br> vs. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant | Case No.: 1:18-cv-01734-DAD-JLT </br></br> **STIPULATION AND PROPOSED ORDER TO CONTINUE THE TRIAL 90 DAYS AND THE APPLICABLE LITIGATION DATES/DEADLINES** </br> **(Doc. 20)** |

WHEREAS, Plaintiff Nicholas Angel Perez underwent additional significant medical procedures, unforeseen at the time of the issuance of the Scheduling Order of March 26, 2019, which resulted in the improvement of Plaintiff's level of activities and quality of life in general. As such, there has been additional discovery recently obtained in the form of voluminous medical records, which became difficult to acquire, in part due to the COVID-19 pandemic. Counsel agree this supplemental discovery is vital in addressing Plaintiff's present assertion for damages and a continuance of trial and the remaining applicable litigation dates and deadlines, would allow sufficient time for parties to enter into meaningful, good faith settlement negotiations, and mediation, if necessary; as well as, avoid potentially unnecessary trial preparation and taking up the court's limited resources.

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. The trial currently scheduled for March 9, 2021 at 8:30 a.m. in Courtroom 5 be continued for approximately 90 days, or to a date that is convenient to the Court's calendar, along

with the remaining applicable litigation dates and deadlines. Set forth below are proposed dates for the Court's consideration.

    a. [PROPOSED] Discovery Deadlines:
        i. Non-Expert: currently 09/25/2020 amended to **12/25/2020**
        ii. Expert: currently 09/25/2020 amended to **12/25/2020**
            1. Plaintiff Expert Disclosure: currently 04/24/2020 amended to **07/24/2020**
            2. Defendant Expert Disclosure: currently 05/22/2020 amended to **08/20/2020**
            3. Plaintiff Rebuttal Experts Disclosure: currently 06/19/2020 amended to **09/17/2020**
    b. [PROPOSED] Non-Dispositive Motion Deadlines
        i. Filing: currently 10/06/2020 amended to **01/04/2021**
        ii. Hearing: currently 11/03/2020 amended to **02/01/2021**
    c. [PROPOSED] Dispositive Motion Deadlines
        i. Filing: currently 10/06/2020 amended to **01/04/2021**
        ii. Hearing: currently 11/03/2020 amended to **02/01/2021**
    d. [PROPOSED] Settlement Conference: 10/02/2020 at 1:30 p.m. 510 19th Street, Bakersfield, CA amended to **01/08/2021**
    e. [PROPSOED] Pre-Trial Conference:
        i. Currently 01/11/2021 at 1:30 p.m. in Courtroom 5 amended to **04/11/2021**
    f. [PROPOSED] Trial
        i. Currently 03/09/2021 at 8:30 a.m. in Courtroom 5 amended to **06/07/2021**

Dated: April 16, 2020                LAW OFFICE OF SYLVIA LOPEZ, APC

                                By:   /s/ *Marcos Rodriguez* (authorized 4/16/2020)
                                       SYLVIA LOPEZ, ESQ.
                                       MARCOS RODRIGUEZ, ESQ.

                                            Attorneys for Plaintiff
                                            NICHOLAS ANGEL PEREZ

Dated: April 16, 2020                     MCGREGOR W. SCOTT
                                            United States Attorney

                                  By:    /s/  *Joseph B. Frueh*
                                            JOSEPH B. FRUEH
                                            Assistant United States Attorney

                                            Attorneys for Defendant
                                            UNITED STATES OF AMERICA

## ORDER

Based upon the extraordinary circumstances posed by the COVID-19 pandemic and the stipulation of the parties, the Court **ORDERS** the case schedule amended as follows:

1. All nonexpert and expert discovery **SHALL** be completed no later than **December 28, 2020**;

2. The plaintiff **SHALL** disclose his experts no later than **July 24, 2020**. The defense **SHALL** disclose experts no later than **August 20, 2020** and the plaintiff **SHALL** disclose any rebuttal experts no later than **September 17, 2020**;

3. Any non-dispositive or dispositive motions **SHALL** be filed no later than **January 4, 2021** and heard no later than **February 2, 2021**;

4. The settlement conference is **CONTINUED** to **January 8, 2021** at 9:00 a.m. at 510 19th Street, Bakersfield, CA;

5. The pretrial conference is **CONTINUED** to **April 19, 2021** at 3:30 p.m.;

6. The trial is **CONTINUED** to **June 15, 2021** at 8:30 a.m., Courtroom 5.

IT IS SO ORDERED.

   Dated:   **April 16, 2020**                        **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE